FILED: April 11, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4964
(1:11-cr-00219-NCT-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

COREY DEWAYNE KERR

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 05/17/2013

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk